# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**CAROL FUNK**

    Plaintiff,

v.

**OREGON HEALTH AND SCIENCE UNIVERSITY**

    Defendant.

Case No.: 3:23−cv−01260−IM

### Fed. R. Civ. P. 26(a)(1) Discovery Agreement

Pursuant to LR 26−2, I state that the parties who have been served and who are not in default have agreed to forgo the disclosures required by Fed. R. Civ. P. 26(a)(1).

**DATED:** 2/14/2024

| | |
|---:|:---|
| **Signature:** | */s/ Sophie Shaddy-Farnsworth* |
| **Name and OSB ID:** | Sophie Shaddy-Farnsworth OSB 205180 |
| **E−mail Address:** | sophie.shaddy-farnsworth@stoel.com |
| **Firm Name:** | Stoel Rives LLP |
| **Mailing Address:** | 760 SW 9th Ave. #3000 |
| **City, State, Zip:** | Portland, Oregon, 97205 |
| **Parties Represented:** | Defendant Oregon Health and Sciences University |