# RULE 16 CONFERENCE CHECKLIST

*Instructions:* Fill in the left-hand ("Parties' Proposal") column with your suggested dates. Leave the right-hand column ("Suggested Dates") blank; court staff will make any necessary changes before giving this checklist to Judge Immergut. Please double-check to make sure your proposed dates do not fall on weekends or court holidays. Pretrial conferences must be scheduled on a **Thursday** and take place at 10AM unless the Court orders otherwise. Civil trials must begin on a **Tuesday**. In addition to filing this checklist on CM/ECF as an exhibit to your Rule 26 submission, email a **Word version** to Jacob_Yerke@ord.uscourts.gov.

If expert discovery will not be conducted separately, enter "Not Applicable" in the expert discovery fields. Do not add additional time between the close of discovery and the statement of agreed and disputed facts.

*Note:* Any motion for extension must be filed at least seven (7) days before the relevant deadline.

Case Name: Carol Funk v. Oregon Health and Science University

Case No.: 3:23-cv-01260-IM                    Date Filed: August 28, 2023

Plaintiffs' Atty.: Caroline Janzen (Janzen Legal Services, LLC)     Defendants' Atty.: Brenda Baumgart and Sophie Shaddy-Farnsworth (Stoel Rives)

Basis for Federal Subject-Matter Jurisdiction: Federal Question

|  | Parties' Proposal | Suggested Date |
|---|---|---|
| Amend Pleadings/Join Parties | April 30, 2024 |  |
|  | *+ 30 days* |  |
| Motions to Compel [Fact/All] Discovery | May 30, 2024 |  |
|  | *+ 7 days* |  |
| - Response due (no replies permitted) |  | [7 days after motion to compel is filed] |
|  | *+ 14 days* |  |
| Complete [Fact/All] Discovery | June 20, 2024 |  |
|  | *+ 21 days* |  |
| Initial Expert Disclosures | July 11, 2024<br><br>*At the Rule 16 conference, the parties would like to propose phasing expert disclosures in the event the case proceeds to trial. |  |
|  | *+ 30 days* |  |

| *Rebuttal Expert Disclosures* | August 12, 2024 | |
|---|---|---|
| | *+ 7 days* | |
| *Motions to Compel Expert Discovery* | August 19, 2024 | |
| | *+ 7 days* | |
| -   *Response due (no replies permitted)* | ███████████ | [7 days after motion to compel is filed] |
| | *+ 14 days* | |
| *Complete Expert Discovery* | September 9, 2024 | |
| | *+ 14 days* | |
| Statement of Agreed and Disputed Facts | September 23, 2024 | |
| | *+ 14 days* | |
| Joint ADR Report *(same date as Dispositive Motion)* | October 7, 2024 | |
| Dispositive Motions *(same date as Joint ADR Report)* | October 7, 2024 | |
| | *+ 150 days* | |
| Pretrial Order and Verdict Form | March 6, 2025 | |
| | *+ 7 days* | |
| Trial Documents filed *by Noon* | March 13, 2025 | |
| | *+ 21 days* | |
| Pretrial Conference (Thursdays) | April 3, 2025 | |
| | *+ 14 days* | |
| Jury Trial (# of days: 5) (Tuesdays) | April 17, 2025 | |